FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG - 7 2013

JAMES W. McCORMACK, CLERK
By:_____
                      DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:13CR 00231 BSM |
| | ) | |
| v. | ) | |
| | ) | 18 U.S.C. §2422(b) |
| BENJAMIN CADE VARDELL | ) | 18 U.S.C. §2253. |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From in or about October 2012, to in or about December 2012, in the Eastern District of Arkansas and elsewhere, the defendant

**BENJAMIN CADE VARDELL**

using facilities and means of interstate commerce, did knowingly persuade, induce, entice and coerce an individual,(Z.W.), who had not attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, namely a criminal offense under Arkansas law, Rape, in violation of A.C.A. §5-14-103(a)(3)(A).

All in violation of Title 18, United States Code, Section 2422(b).

### FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts One of this Indictment, defendant,

**BENJAMIN CADE VARDELL**

shall forfeit to the United States any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the aforementioned violation, specifically:

- Verizon Wireless Samsung flip phone, SN: removed.

All pursuant to Title 18, United States Code, Section 2253.

(END OF TEXT.  SIGNATURE PAGE ATTACHED.)