# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                      NO. 4:13CR00231 BSM

BENJAMIN CADE VARDELL                                      DEFENDANT

## ORDER

Defendant Benjamin Cade Vardell has progressed sufficiently at his residential substance abuse treatment facility to be eligible to work. Therefore, the Order setting conditions of release is modified to "home detention" instead of "home incarceration."

IT IS SO ORDERED this ___3___ day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE