IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   4:13CR00231 BSM |
| | ) | |
| BENJAMIN CADE VARDELL | ) | |

## MOTION TO DISMISS

Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, the United States of America, through Christopher R. Thyer, United States Attorney for the Eastern District of Arkansas, and Michael Gordon, Assistant U.S. Attorney for said district, hereby moves for leave of Court to dismiss the Indictment against BENJAMIN CADE VARDELL in this case for the following reason(s):   BENJAMIN CADE VARDELL pleaded guilty to and was convicted of Sexual Assault – Second Degree in Craighead County Circuit Court, Case #2013-0906 on September 9, 2014; he was sentenced to 120 days in the county jail, five (5) years probation, and registration as a sex offender.   The state conviction is based upon conduct encompassed in the federal indictment in this case.   Based upon the facts of the case, the United States believes that disposition of the case in state court was appropriate.   As such, there no longer is a federal interest in prosecuting this case.

WHEREFORE, for the above reasons, the United States respectfully requests leave of Court to dismiss the Indictment against BENJAMIN CADE VARDELL in this case.

Respectfully submitted,

CHRISTOPHER R. THYER
United States Attorney


By  /s/ Michael Gordon
MICHAEL GORDON
TX Bar Number 00795383
Assistant U. S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone:   (501) 340-2600
E-mail: michael.gordon@usdoj.gov

Certificate of Service

I hereby certify that on September 17, 2014, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which shall send notification of such filing to counsel for the defendant:   Ray Nickle.


  /s/ Michael Gordon
MICHAEL GORDON
Bar Number 00795383
Assistant U. S. Attorney
P.O. Box 1229
Little Rock, AR 72203
Telephone:   (501) 340-2600
E-mail: michael.gordon@usdoj.gov