**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

                              **PLAINTIFF**

**CASE NO: 4:13CR00231 BSM**

**BENJAMIN CADE VARDELL**                          **DEFENDANT**

## ORDER

The government's motion to dismiss the September 7, 2013, indictment filed against defendant Benjamin Cade Vardell [Doc. No. 30] is granted. The indictment is hereby dismissed without prejudice pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED this 19th day of September 2014.

                                                             */s/ Brian S. Miller*
                                                         UNITED STATES DISTRICT JUDGE